

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 2 8 2020

CLERK, U.S. DISTRICT COURT
By_____
Deputy

UNITED STATES OF AMERICA

v.

ANTONIO DARVIORUS GAGE (01)
MARVELLE DEJUAN WILSON (02)
LADARIUS CARNILUS JONES (03)

NO.

3-20CR0034-L

## **INDICTMENT**

The Grand Jury charges:

### Count One
#### Interference with Commerce by Robbery; Aiding and Abetting
#### (Violation of 18 U.S.C. §§ 1951(a) and 2)

On or about April 9, 2019, in the Dallas Division of the Northern District of Texas, **Antonio Darviorus Gage**, **Marvelle Dejuan Wilson**, and **LaDarius Carnilus Jones**, the defendants, aided and abetted by one another, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce, as that term is defined in 18 U.S.C. § 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in 18 U.S.C. § 1951, in that the defendants, aided and abetted by one another, did unlawfully take and obtain personal property, consisting of money and tobacco products, from the person and in the presence of B.M., an employee of the 7-Eleven store located at 4301 Ross Avenue, Dallas, Texas, in his capacity as an employee of the 7-Eleven store, and against his will by means of actual and threatened force, violence, and fear of immediate injury to his person.

In violation of 18 U.S.C. §§ 1951(a) and 2.

Indictment—Page 1

<u>Count Two</u>
Using, Carrying, and Brandishing a Firearm
During and in Relation to a Crime of Violence; Aiding and Abetting
(Violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2)

On or about April 9, 2019, in the Dallas Division of the Northern District of

Texas, **Antonio Darviorus Gage**, **Marvelle Dejuan Wilson**, and **LaDarius Carnilus**

**Jones**, the defendants, aided and abetted by one another, did knowingly use, carry, and

brandish a firearm, to-wit: a handgun, during and in relation to a crime of violence,

namely, interference with commerce by robbery, in violation of 18 U.S.C. § 1951(a), as

alleged in Count One of this indictment, for which the defendants may be prosecuted in a

court of the United States.

In violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2.

<u>Forfeiture Notice</u>
(18 U.S.C. §§ 924(d) and 981(a)(1)(C); 28 U.S.C. § 2461(c))

Upon conviction for either offense alleged in Count One of the Indictment and pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), **Antonio Darviorus Gage**, **Marvelle Dejuan Wilson**, and **LaDarius Carnilus Jones**, the defendants, shall forfeit to the United States of America any property, real or personal, constituting or derived from proceeds traceable to the offense.

Further, upon conviction for any of the offenses alleged in Counts One and Two of the Indictment and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), **Antonio Darviorus Gage**, **Marvelle Dejuan Wilson**, and **LaDarius Carnilus Jones**, the defendants, shall forfeit to the United States of America all firearms and ammunition involved or used in the commission of the respective offense.

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
GARY C. TROMBLAY
Assistant United States Attorney
Louisiana Bar Roll No. 22665
1100 Commerce, Third Floor
Dallas, Texas 75242
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: gary.tromblay@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

ANTONIO DARVIORUS GAGE (01)
MARVELLE DEJUAN WILSON (02)
LADARIUS CARNILUS JONES (03)

INDICTMENT

18 U.S.C. §§ 1951(a) and 2
Interference with Commerce by Robbery; Aiding and Abetting
(Count 1)

18 U.S.C. §§ 924(c)(1)(A)(ii) and 2
Using, Carrying, and Brandishing a Firearm
During and in Relation to a Crime of Violence; Aiding and Abetting
(Count 2)

18 U.S.C. §§ 924(d) and 981(a)(1)(C); 28 U.S.C. § 2461(c)
Forfeiture Notice

2 Counts

---

A true bill rendered

-------------------------------------------------------------------------------------

DALLAS                                                                    FOREPERSON

Filed in open court this 28th day of January, 2020.

-------------------------------------------------------------------------------------

**Warrant to be Issued for all Defendants**

-------------------------------------------------------------------------------------

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending